**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RALPH WILLIAM BARDELL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 23-148-WCB |
| | § | |
| BANYAN DELAWARE, LLC, and | § | |
| BANYAN TREATEMENT CENTER, | § | |
| LLC, | § | |
| | § | |
| *Defendants.* | | |

**JUDGMENT**

This action was tried to a jury, with the undersigned presiding, and the jury returned a verdict on the legal claims submitted to it.  In consideration thereof, judgment is entered that:

The jury found that the defendants are not liable to the plaintiff for violating the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*.  Judgment will be entered for the defendants on that claim.

The jury found that the defendants are liable to the plaintiff on the plaintiff's claim of defamation.  The jury entered a verdict in the amount of $100,000 in damages on that claim.  Judgment in that amount will be entered in favor of the plaintiff and against the defendants jointly and severally.

Because the plaintiff was the prevailing party on one of the two claims asserted against the defendants, costs are taxed against the defendants.  In addition, the court will award the plaintiff prejudgment interest at the legal rate under 6 Del. C. § 2301(a) from January 1, 2022, subject to objection.  The parties should submit letters regarding (1) the amount of prejudgment interest owed

by the defendants to the plaintiff, if the parties object to the court's proposal; and (2) the amount of chargeable costs under Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920 owed by the defendants to the plaintiff.  Any such letters should be filed no later than August 20, 2024.

If either party chooses to seek postjudgment relief under Rule 50 or Rule 59 of the Federal Rules of Civil Procedure, all such requests shall be filed in the form of a single motion per party of not more than 20 pages in length.  Any such motion should be filed within 28 days of the date of entry of this judgment.  *See* Fed. R. Civ. P. 50(b).

IT IS SO ORDERED.

SIGNED this 8th day of August, 2024.


WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE