# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RALPH WILLIAM BARDELL, § § *Plaintiff*, § § v. § § BANYAN DELAWARE, LLC, and § BANYAN TREATMENT CENTER, LLC, § § *Defendants*. § | Civil Action No. 23-148-WCB |

## AMENDED FINAL JUDGMENT

This action was tried to a jury, with the undersigned presiding, and the jury returned a verdict on the legal claims submitted to it. The defendants filed a renewed motion for judgment as a matter of law, which was denied. Dkt. No. 126. In consideration thereof, judgment is entered that:

The jury found that the defendants are not liable to the plaintiff for violating the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Judgment will be entered for the defendants on that claim.

The jury found that the defendants are liable to the plaintiff on the plaintiff's claim of defamation. The jury entered a verdict in the amount of $100,000 in damages on that claim. Judgment in that amount will be entered in favor of the plaintiff and against the defendants jointly and severally.

Because the plaintiff was the prevailing party on one of the two claims asserted against the defendants, costs are taxed against the defendants under 28 U.S.C. § 1920 and Rule 54.1 of the Local Rules of the District of Delaware.

IT IS SO ORDERED.

SIGNED this 11th day of December, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE